Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| JUAN M. ORTIZ ORTIZ, ET AL.<br><br>Recurrida<br><br>v.<br><br>HOSPITAL GENERAL MENONITA, INC. DE CAYEY T/C/T HOSPITAL MENONITA Y OTROS<br><br>Peticionaria | KLCE202401310 | *Certiorari*<br>Procedente del Tribunal de Primera Instancia, Sala de CAGUAS<br><br>Caso Núm.: CY2020CV00042<br><br>Sobre: Impericia Médica Daños y Perjuicios |

Panel integrado por su presidente el Juez Hernández Sánchez, el Juez Bonilla Ortiz y la Jueza Mateu Meléndez.

Mateu Meléndez, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 4 de diciembre de 2024.

El 3 de diciembre de 2024, el Hospital General Menonita, Inc., y The Medical Protective Company (en adelante, de forma conjunta la parte peticionaria) presentaron ante este Tribunal de Apelaciones un *Certiorari.* En este, nos solicitan la revisión de la *Orden* emitida en el caso el 2 de diciembre de este año y notificada al día siguiente. Mediante esta, el Tribunal de Primera Instancia, Sala Superior de Caguas (en adelante, TPI o foro primario) declaró No Ha Lugar la *Urgente Moción Informativa y Solicitando se Permita Testimonio Pericial Mediante Videoconferencia* que la parte peticionaria sometiera el 30 de noviembre de 2024. En esa fecha, también sometieron una *Moción en Auxilio de Jurisdicción* en la que nos solicitaron emitir orden para paralizar el Juicio en su Fondo, pautado para comenzar en el día de hoy.

En esta tarde, específicamente a la 1:49 p.m., la parte peticionaria ha sometido ante nuestra consideración un *Urgente Aviso de Desistimiento al Amparo de la Regla 83 del Reglamento del Tribunal de Apelaciones*. En este

Número Identificador

SEN2024 _____

escrito, informan el desistimiento del recurso de *certiorari* y la *Moción en Auxilio de Jurisdicción* aludidas en el párrafo anterior.

En virtud de estos acontecimientos, y conforme nos autoriza a hacer la Regla 83 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XX-II, R. 83, se ordena el archivo y cierre del caso de epígrafe por desistimiento.

Notifíquese inmediatamente.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones